**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

Vivek Shah

Plaintiff(s),

v.

Plaid Inc.

Defendant(s).

Case No. 1:22-cv-00903
Judge Andrea R. Wood

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☑ other: in favor of Defendant Plaid Inc. and against Plaintiff Vivek Shah.

---

This action was *(check one)*:

☐ tried by a jury with Judge                              presiding, and the jury has rendered a verdict.
☐ tried by Judge                        without a jury and the above decision was reached.
☑ decided by Judge Andrea R. Wood on a motion to dismiss.

Date: 7/17/2023                        Thomas G. Bruton, Clerk of Court

Laritza Arcos , Deputy Clerk